# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Wilmington Trust National Association

                                              Plaintiff,

v.                                                                    Case No.: 1:18–cv–07320
                                                                     Honorable Charles P. Kocoras

Philip B Stone, et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 14, 2019:

      MINUTE entry before the Honorable Charles P. Kocoras: Motion hearing held. For the reasons stated in open court, motion for reconsideration [29] is denied. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.